UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:04CV-597-H

IN RE:

RONALD G. SHEFFER	APPELLANT

V.

OHIO VALLEY NATIONAL BANK	APPELLEE

**MEMORANDUM OPINION AND ORDER**

Appellant, Ronald G. Sheffer, has moved for a stay pending appeal of this Court's affirmation of the Bankruptcy Court's decision denying discharge pursuant to 11 U.S.C. §727(a)(2). A party seeking a stay of a district court judgment pending appeal to the Sixth Circuit must demonstrate the following: (1) likelihood of success on the merits; (2) likelihood that the appellant will be irreparably harmed absent stay; (3) prospects that others will be harmed if the court grants a stay; and (4) the public interest in granting of stay. *See Michigan Coalition of Radioactive Material Users, Inc. v. Griepentrog*, 945 F.2d 150, 153 (6th Cir. 1991). Appellee has objected to the stay.

This Court cannot, of course, predict the result on appeal. The Court believes that the Sixth Circuit will sustain its decision. The closest of the issues involves the credibility of witnesses on which count the trier of fact is entitled to some deference. Nevertheless, the very nature of this case suggests a chance of success.

More important for the instant analysis, the denial of discharge under § 727 is an unusual and harsh sanction. Its consequences are devastating and, to some extent, irreversible. Thus, the

mere uncertainty of irreparable harm absent stay weighs heavily in favor of allowing Appellant the relief sought.  Moreover, Appellee will not be damaged so greatly by having to delay pursuit of his remedies, particularly considering the supersedeas bond requirement.  Finally, the public interest does not tilt to either side.  Public interest is not served by premature remedies nor in having Appellant escape punishment.

The Court concludes that a stay is appropriate with a slightly increased supersedeas bond. Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that a supersedeas bond in the amount of $30,000 shall be filed with the Clerk of this Court.  The existing funds on deposit with the Bankruptcy Court may be applied to this new bond.

IT IS FURTHER ORDERED that enforcement of this Court's judgment and that of the Bankruptcy Court is stayed pending appeal to the Sixth Circuit Court of Appeals.

cc:     Counsel of Record